USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE MOALLEM,

                Plaintiff,

-against-

SEBASTIAN RUSSO, DISINTEGRATION RECORDS LLC, AND DOES 1-10;

                Defendants.

23-CV-11297 (VEC)

ORDER

      WHEREAS the parties were ordered to appear before the Court on January 12, 2024 for a hearing why an order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Defendants, their officers, agents, and employees during the pendency of this action from continued dissemination, posting, and commercial use of the potentially infringing Music and Re-Released Albums (as defined in the Complaint) online and on any music Streaming Platform (as defined in the Complaint) that incorporate, on Plaintiff's information and belief, unauthorized and unlicensed samples of sound recordings, musical compositions, and film audio that belong to third-parties; and

      WHEREAS Defendants did not appear or otherwise file a response.

      IT IS HEREBY ORDERED that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction is DENIED.

      IT IS FURTHER ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Defendants, in accordance with this Court's Individual Practices, by no later than February 23, 2024.

**SO ORDERED.**

Date:  January 12, 2024
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**